IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JUAN CARLOS PEREZ SOTO
YESENIA IVETTE ARROYO CARRASQUILLO

Bkrtcy. No. 11-03068-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 11, 2011
Meeting Date: May 18, 2011
DC Track No.: 13

Days from petition date: 37
Meeting Time: 11:00 AM

910 Days before Petition: 10/13/2008
☐ Chapter 13 Plan Date: Apr 11, 2011 Dkt.# 2
☐ Amended.

This is debtor(s) _____ Bankruptcy petition.
Plan Base: $10,500.00

This is the _____ Scheduled Meeting
Confirmation Hearing Date: Jun 17, 2011
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $175.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☑ Joint Debtor Present ☑ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: M Vega ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
F. Bank - Sanchez

**II.** Attorneys Fees as per R 2016(b) Statement Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00 Paid Pre-Petition: $126.00 Outstanding: $2,874.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV.** Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: -0-
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: -0-
The Trustee ☑ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: May 18, 2011